UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAMPAIGN LEGAL CENTER, et al.,

Plaintiffs,

v.

UNITED STATES CITIZESHIP AND
IMMIGRATION SERVICES,

Defendant.

Civil Action No. 25-3829 (TJK)

**JOINT STATUS REPORT**

Pursuant to the Court's December 4, 2025, Minute Order, Plaintiffs Campaign Legal Center and American Oversight ("Plaintiffs") and Defendant United States Citizenship and Immigration Services (the "Defendant"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1.      Plaintiffs bring this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking a response to two FOIA requests. *See generally* Compl. (ECF No. 1).

2.      The Court ordered the parties to meet and confer and submit a joint proposed schedule for briefing or disclosure. *See* Dec. 4, 2025, Min. Order.

3.      Defendant reports it has begun its search and has extracted 1000 potentially responsive materials for review. Defendant intends to confer with Plaintiffs regarding an estimated time frame for initial processing prior to beginning production. The parties will provide the Court with an update on the planned production timeline in the next joint status report once Defendant identifies the specific volume of records to review.

4.      Because production is not completed in this matter and there is limited information

available regarding the timing and volume of potential productions, the parties are currently unable to comment on whether summary judgment briefing will be necessary or on a proposed briefing schedule.  Once Defendant releases all responsive records, if any, Plaintiffs and Defendant will cooperatively work together to narrow or resolve any substantive issues of disagreement and, if necessary, propose a briefing schedule.

5.    To that end, the parties request that the Court order the parties to file another Joint Status Report on or before January 16, 2026, updating the Court on the status of the planned productions and, if necessary, proposing a briefing schedule.

Dated: December 18, 2025

Respectfully submitted,

/s/ Jessica Jensen
Jessica Jensen
D.C. Bar No. 1048305
Benjamin A. Sparks
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
jessica.jensen@americanoversight.org

*Attorneys for Plaintiffs*

Jonathan Diaz
D.C. Bar No. 1613558
Daniel S. Lenz*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
jdiaz@campaignlegalcenter.org
dlenz@campaignlegalcenter.org

*Attorneys for Plaintiff Campaign Legal Center*

*\*Admitted Pro Hac Vice*

JEANINE FERRIS PIRRO
United States Attorney

By:        /s/ Bisola Oni
BISOLA ONI
DC Bar # 90006216
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0872
Bisola.Oni@usdoj.gov

*Attorneys for the United States of America*