UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAMPAIGN LEGAL CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZESHIP AND<br>IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action No. 25-3829 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 19, 2025, Minute Order, Plaintiffs Campaign Legal Center and American Oversight ("Plaintiffs") and Defendant United States Citizenship and Immigration Services (the "Defendant"), by and through undersigned counsel, hereby submit this Joint Status Report.  The parties report as follows:

1.      Plaintiffs bring this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking a response to two FOIA requests.  *See generally* Compl. (ECF No. 1).

2.      Defendant previously reported it had begun its search and extracted 1000 potentially responsive materials for review.

3.      Defendant reports that the search has been completed and clarifies that it has extracted approximately 1000 pages of potentially responsive records for review.

4.      Defendant conferred with Plaintiffs regarding an estimated time frame to complete processing and production. Defendant reports that it expects to complete processing all potentially responsive records and make production of responsive records by the end of February 2026.

5.      Once Defendants release all responsive records, Plaintiffs and Defendants will

cooperatively work together to narrow or resolve any substantive issues of disagreement and, if necessary, propose a briefing schedule.

6.     The parties request that the Court order the parties to file another Joint Status Report on or before March 5, 2026.

Dated: January 16, 2026                          Respectfully submitted,


*/s/ Jessica Jensen*                             JEANINE FERRIS PIRRO
Jessica Jensen                                   United States Attorney
D.C. Bar No. 1048305
Benjamin A. Sparks
D.C. Bar No. 90020649            By:             */s/ Bisola Oni*
AMERICAN OVERSIGHT                               BISOLA ONI
1030 15th Street NW, B255                        DC Bar # 90006216
Washington, DC 20005                             Assistant United States Attorney
(202) 869-5246                                   601 D Street, NW
Jessica.jensen@americanoversight.org             Washington, DC 20530
                                                 (202) 252-0872
*Attorneys for Plaintiffs*                       Bisola.Oni@usdoj.gov

Jonathan Diaz                                    *Attorneys for the United States of America*
D.C. Bar No. 1613558
Daniel S. Lenz*
CANPAIGN LEGAL CENTER
1101 14TH Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
jdiaz@campaignlegalcenter.org
dlenz@campaignlegalcenter.org

*Attorneys for Plaintiff Campaign Legal Center*

*Admitted Pro Hac Vice*