UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZESHIP AND<br>IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action No. 25-3829 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 20, 2026, Minute Order, Plaintiffs Campaign Legal Center and American Oversight ("Plaintiffs") and Defendant United States Citizenship and Immigration Services (the "Defendant"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1.      Plaintiffs bring this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking a response to a FOIA request. *See generally* Compl. (ECF No. 1).

2.      Defendant completed its search and extracted approximately 1000 potentially responsive pages for review. Defendant previously reported that it expected to complete processing all potentially responsive records and make production of responsive records by end of February 2026. The USCIS FOIA Office was unable to complete the production by end of February 2026, but is endeavoring to complete the production for both FOIA requests by March 13, 2026.

3.      Once Defendant releases all responsive records, Plaintiffs and Defendant will cooperatively work together to narrow or resolve any substantive issues of disagreement and, if

necessary, propose a briefing schedule.

4.   To that end, the parties request that the Court defer entering a briefing schedule and instead order the parties to file another Joint Status Report on or before April 6, 2026, updating the Court of the parties' discussions and, if necessary, proposing a briefing schedule.

Dated: March 5, 2026                     Respectfully submitted,

/s/                                      JEANINE FERRIS PIRRO
Jessica Jensen                           United States Attorney
D.C. Bar No. 1048305
Benjamin A. Sparks
D.C. Bar No. 90020649                    By: _____ /s/ *Bisola Oni* _____
AMERICAN OVERSIGHT                            BISOLA ONI
1030 15th Street NW, B255                     DC Bar # 90006216
Washington, DC 20005                          Assistant United States Attorney
(202) 869-5246                                601 D Street, NW
Jessica.jensen@americanoversight.org          Washington, DC 20530
                                              (202) 252-0872
*Attorneys for Plaintiffs*                    Bisola.Oni@usdoj.gov

Jonathan Diaz                            *Attorneys for the United States of America*
D.C. Bar No. 1613558
Daniel S. Lenz*
CANPAIGN LEGAL CENTER
1101 14TH Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
jdiaz@campaignlegalcenter.org
dlenz@campaignlegalcenter.org

*Attorneys for Plaintiff Campaign Legal
Center*

*Admitted Pro Hac Vice*